UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Anthony Brian Mallgren

    petitioner

UNITED STATES

NEW YORK STATE

PIBLY RESIDENTIAL PROGRAMS INC.

BOSTON ROAD PLAZA LLC

    respondent

PARTIES

PIBLY Residential Programs Inc. ("PIBLY")

New York State Department of State ID: 1050723

BOSTON ROAD PLAZA LLC

New York State Department of State ID: 4896069

JURISDICTION

28 U.S. Code § 1346 - United States as defendant

INFORMATION

1. Anthony Brian Mallgren, petitioner, maintaining residency in 3371 Fenton Avenue 3R, Bronx, NY 10469.
2. BOSTON ROAD PLAZA LLC, respondent, maintains a lease with PIBLY, respondent ("PIBLY Lease").
3. PIBLY Lease sublease has been entered into with Anthony Brian Mallgren, petitioner ("PIBLY Sublease").
4. New York City Housing Preservation and Development said property involved in PIBLY Sublease ("Sublease Property") seemingly does not achieve compliance with fire egress code.
5. Sublease Property has been complained of by the United States Postal Service several times.
6. Sublease Property has a non-functioning intercom.

7. Sublease Property has at least one damaged wall, due to what New York City Department of Housing Preservation and Development reported as a roof leak, yet to be fully repaired.
8. Sublease Property in a building where at least one resident has been housed in a unit without a certificate of occupancy.
9. Sublease Property has an underdeveloped backyard (rocks, weeds, garbage, junk, et cetera).
10. Sublease Property has a heating system, for which large holes have been cut out in walls for.
11. Sublease Property has intrusive neighbors.
12. Sublease Property does not have a halakhah compliant boiler.
13. Further deficiencies discoverable upon possible discovery.
14. Anthony Brian Mallgren, petitioner, requested a new apartment several times.
15. NEW YORK STATE, respondent, provides funding enabling deficiencies.
16. NEW YORK STATE, respondent, is enabled by the UNITED STATES, respondent.

RELIEF

17. Specific performance in resolving deficiencies.
18. Specific performance in relocation.

/s/Anthony Brian Mallgren

May 21st, 2025