UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY BRIAN MALLGREN,<br><br>                    Plaintiff,<br><br>     -against-<br><br>UNITED STATES,<br><br>                    Defendant. | 25-cv-4388 (LTS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the May 27, 2025, order, this action is dismissed without prejudice for Plaintiff's failure to comply with the injunction set forth in *Mallgren v. United States*, ECF 1:14-CV-1420, 6 (S.D.N.Y. May 4, 2016), requiring him to obtain leave of court to file a new civil action IFP.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   May 28, 2025
           New York, New York

                                                  /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                          Chief United States District Judge